IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BOBBY E. LOVETTE**                                                                            **PLAINTIFF**

**VS.**                  **CASE NO. 5:07CV00313**

**PORT CITY JANITORS SUPPLY
AND PAPER COMPANY, INC.**                                                **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this  9   day of October, 2008.


_____
James M. Moody
United States District Judge